**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | CIVIL ACTION NOS. |
|---|---|---|
| DEBRUY | : | 02-3130 |
| GRIFFIN, *et al.* | : | 02-3282 |
| BARRY | : | 02-3297 |
| MCCLUNG | : | 02-3310 |
| POLIZZI, *et al.* | : | 02-3358 |
| KLINGER, *et al.* | : | 02-3364 |
| DENIO, *et al.* | : | 02-3384 |
| THOMSON, *et al.* | : | 02-3402 |
| BEYL, *et al.* | : | 02-3438 |
| | : | |
| V. | : | |
| | : | |
| BAYER CORPORATION, *et al.* | : | |

## ORDER

**AND NOW,** this day of June, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ] - Order staying these proceedings pending disposition of a related action.

[ ] - Order staying these proceedings pending determination of arbitration proceedings.

[ ] - Interlocutory appeal filed.

[ X ] - Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Harvey Bartle, III, Judge**